IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,  )
                          )  2:12-cv-00648-GEB-EFB
      Plaintiff,  )
                          )
  v.  )  <u>ORDER IMPOSING MONETARY</u>
                          )  <u>SANCTIONS</u>
ROCKWATER LLC, a California  )
limited liability company; MARK  )
BITZER; MARION C. BITZER; and  )
DOES 1-10,  )
                          )
      Defendants.  )
_____)

        An Order to Show Cause ("OSC") issued on June 19, 2012, directing Plaintiff to explain why sanctions should not be imposed against him and/or his counsel for his failure to file a timely status report no later than June 25, 2012. (ECF No. 10.) Plaintiff did not respond to the OSC.

        Since Plaintiff's counsel failed to respond to the OSC and previously failed to file a timely status report, **Mark Potter, Esq. and/or the Center for Disability Access are sanctioned two hundred dollars ($200.00).** This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on July 6, 2012, by a check made payable to the "United States Treasury." Proof of payment shall be filed within

1

five (5) days of payment. This sanction is personal to counsel or his law firm and shall not be transmitted to the client.

IT IS SO ORDERED.

Dated:  June 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge