IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROCKWATER LLC, a California limited liability company; MARK BITZER; MARION C. BITZER; and DOES 1-10,<br><br>        Defendants. | 2:12-cv-00648-GEB-EFB<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The June 19, 2012 Order to Show Cause scheduled a status conference in this case on September 17, 2012, and required the parties to file a status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

        Therefore, Plaintiff and Defendants Mark Bitzer and Marion Bitzer are Ordered to Show Cause ("OSC") in a writing to be filed no later than September 21, 2012, why sanctions should not be imposed against them and/or their counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether the Plaintiff/Defendants or their counsel are at fault, and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held on October 15, 2012, at

---

    [1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of
(continued...)

1

9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Further, Defendant Rockwater LLC has not yet appeared in this action, and it is unknown what steps Plaintiff is taking prosecute this action as to this defendant. In the event Defendant Rockwater LLC has not appeared before the filing of the parties' joint status report, Plaintiff shall show cause in the joint status report why this defendant should not be dismissed for failure of prosecution. Defendant Rockwater LLC may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

IT IS SO ORDERED.

Dated: September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1](...continued)
Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2