IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROCKWATER LLC, a California limited liability company; MARK BITZER; MARION C. BITZER; and DOES 1-10,<br><br>        Defendants. | 2:12-cv-00648-GEB-EFB<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        In response to the September 12, 2012 Order to Show Cause for failing to file a joint status report ("OSC"), Plaintiff states: "[b]elieving the parties were on the cusp of settlement, the status report regrettably was not completed." (Pl.'s Resp. to OSC 1:19-20.) Plaintiff further states in his response to the OSC that "[a] settlement has been reached in principle, and all parties are currently finalizing the contract." Id. at 1:21-22.

        Therefore, a dispositional document shall be filed no later than October 29, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on October 15, 2012, is continued to November 26, 2012, commencing at 9:00

1  a.m., in the event no dispositional document is filed, or if this action
2  is not otherwise dismissed. A joint status report shall be filed
3  fourteen (14) days prior to the Status Conference.
4        IT IS SO ORDERED.
5  Dated: October 9, 2012

```
                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```