IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>             Plaintiff,<br><br>     v.<br><br>ROCKWATER LLC, a California limited liability company; MARK BITZER; MARION C. BITZER; and DOES 1-10,<br><br>             Defendants.<br>_____ | 2:12-cv-00648-GEB-EFB<br><br>ORDER OF DISMISSAL |

In response to the September 12, 2012 Order to Show Cause for failing to file a joint status report ("OSC"), Plaintiff stated: "[a] settlement has been reached in principle, and all parties are currently finalizing the contract." Id. at 1:21-22. Therefore, an "Order Re: Settlement and Disposition" was filed on October 10, 2012, which directed the parties to file a dispositional document no later than October 29, 2012. (ECF No. 18.) The October 10th Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

///

///

///

1    Since no dispositional document has been filed, and the
2 parties have not provided any reason for the continued pendency of this
3 action, this action is dismissed without prejudice.
4    IT IS SO ORDERED.

Dated:  November 5, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2